UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 18-109 |
| v. | * | SECTION: "E" |
| ARTHUR JOHNSON | * | |

\* \* \*

**UNITED STATES' SUPERSEDING BILL OF PARTICULARS
FOR FORFEITURE OF PROPERTY**

**NOW INTO COURT** comes the United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the property subject to forfeiture pursuant to the notices of drug forfeiture and structuring forfeiture set forth in the Superseding Indictment filed in the above-captioned criminal case includes, but is not limited to, the following: 2017 Mercedes Benz GLS SUV, bearing vehicle identification Number 4JGDF7DE0HA809398; 22K Krugerand 1981 coin with 5.40 carat diamonds; all that certain land situate in Polk County, State of Florida, viz: Lot No. 235 of Drayton – Preston Woods at Providence, according to the plat thereof, as recorded in Plat Book 138, Pages 29 through 36 inclusive, Public Records of Polk County, Florida. said property bears municipal address: 236 Kendal Way, Davenport, Fl. 33837; 14k pendant "Ninja" with "XXO" over words "Never Hesitate" attached to crown with 10cts of diamonds; 14k gold crown pendant covered in approximately 5.42 carat of diamonds; 18K and steel 41mm Rolex watch covered in approximately 17.45 carats of diamonds; 14k gold 24.5" tennis necklace with

approximately 25.67 carats of diamonds; 14k gold 24.5" tennis necklace with approximately 4.68 carats of diamonds; 10K gold 18 4mm diamond rope necklace.

        Respectfully submitted,

        PETER G. STRASSER
        UNITED STATES ATTORNEY

        */s/ Michael B. Redmann*
        MICHAEL B. REDMANN (La. 31929)
        Assistant United States Attorney
        650 Poydras Street, Suite 1600
        New Orleans, LA   70130

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing pleading has been served in accordance with the Court's ECF Rule on this 5th day of July, 2019.

        */s/ Michael B. Redmann*
        MICHAEL B. REDMANN (La. 31929)
        Assistant United States Attorney