MINUTE ENTRY
MORGAN, J.
AUGUST 24, 2021

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 18-109 |
| ARTHUR JOHNSON | SECTION "E" |

### JUDGE SUSIE MORGAN, PRESIDING

**TUESDAY, AUGUST 24, 2021 (2:04 p.m. – 2:50 p.m.)**

COURTROOM DEPUTY: Brad Newell
COURT REPORTER: Toni Tusa

APPEARANCES: David H. Sinkman for the Government
Robert W. Hjortsberg for the Defendant

**RE-ARRAIGNMENT**

The defendant previously waived his physical appearance (R. Doc. 307). The defendant was present with his counsel via video conference and placed under oath.

After questioning the defendant and his counsel, the Court found that the defendant is competent to enter into these proceedings.

The defendant withdrew his former plea of not guilty and pleaded guilty to Count One of the Superseding Indictment.

The Court advised the defendant of the elements of the charge to which he was pleading guilty, and of the maximum penalties.

The Court confirmed with the defendant that the sentencing guidelines applicable to his case were explained to him by his counsel, and that he understood they were advisory and not binding on the Court.

The Government submitted the written plea agreement and it was admitted into the record.

The factual basis detailing the evidence supporting the defendant's charges were submitted by the Government and admitted into the record.

The Court accepted the defendant's plea and adjudged him guilty on his plea of guilty. A pre-sentence report was ordered, and the **Sentencing** was set for **2:00 p.m.** on **December 1, 2021.**

The initial interview with the probation officer shall be conducted within two weeks of this proceeding.

The defendant was remanded to the custody of the U.S. Marshal.

The trial in this matter, as to this defendant only, is cancelled.

JS-10: 00:46