UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 18-109 |
| ARTHUR JOHNSON | SECTION: "E" |

NOTICE OF SENTENCING

**PHOTO IDENTIFICATION REQUIRED TO ENTER THE BUILDING**

Take notice that this criminal case has been set for **Sentencing** on **December 1, 2021** at **2:00 p.m.**, before Judge Susie Morgan, 500 Poydras St., New Orleans, LA.

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  August 25, 2021                          CAROL L. MICHEL, CLERK

                                                by:  Brad Newell, Deputy Clerk

TO:

| | |
|---|---|
| Arthur Johnson (**CUSTODY**) | AUSA: Brandon Long, T.A. David Sinkman |
| **COUNSEL FOR ARTHUR JOHNSON:** Robert W. Hjortsberg, Retained | U.S. Marshal |
| Annice Falkins (**BOND**) | U.S. Probation & Pre-Trial Services Unit |
| **COUNSEL FOR ANNICE FALKINS:** Brian J. Capitelli, CJA | FBI: Special Agent William Hicks |
| Kevin Coffil (**CUSTODY**) | **If you change address, notify clerk of court by phone, 504-589-7714** |
| **COUNSEL FOR KEVIN COFFIL:** Julie C. Tizzard, CJA | |
| Quinton Risin (**CUSTODY**) | |
| **COUNSEL FOR QUINTON RISIN:** Maura Doherty, FPD | |

Ricky Redd (**CUSTODY**)

**COUNSEL FOR RICKY REDD:**
Timothy T. Yazbeck, Retained

Cherell Vallery (**BOND**)

**COUNSEL FOR CHERELL VALLERY:**
William M. Sothern, CJA

Brandon Sanders (**CUSTODY**)

**COUNSEL FOR BRANDON SANDERS:**
Marion D. Floyd, CJA

Jonas Scott (**CUSTODY**)

**COUNSEL FOR JONAS SCOTT:**
Ernest J. Bauer, Jr., CJA